

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| TINA GRAY for T.G. | CIVIL ACTION 10-1174 |
| VERSUS | JUDGE HAIK |
| MICHAEL J. ASTRUE | MAGISTRATE JUDGE HANNA |

### RULING

This matter was referred to United States Magistrate Judge Patrick Hanna for Report and Recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Therefore, it is hereby **ORDERED, ADJUDGED, and DECREED** that the decision of the Commissioner is **AFFIRMED** and this matter is **DISMISSED with PREJUDICE.**

THUS DONE and SIGNED on this 29th day of March, 2012.

RICHARD T. HAIK, SR., JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA